No. 233, Misc. MORRIS *v.* ROUSOS. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 237, Misc. FAULKNER *v.* PATUXENT INSTITUTION DIRECTOR. Ct. App. Md. Certiorari denied.

No. 239, Misc. WILLIAMS *v.* HEINZE, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 240, Misc. BAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 241, Misc. HAMLIN *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 243, Misc. CASADOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 246, Misc. CUMMINS *v.* PRICE, WARDEN. Sup. Ct. Pa. Certiorari denied. *Silvestri Silvestri* for petitioner. *Robert W. Duggan* for respondent.

No. 247, Misc. COLLIER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 248, Misc. ROBERTS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 253, Misc. GALLEGOS *v.* COX, WARDEN. C. A. 10th Cir. Certiorari denied.